### TATE v. STATE. (No. 10850.)

Court of Criminal Appeals of Texas. April 13, 1927.

Criminal law ⬛⟾1090(1)—Nothing is presented for review by Court of Criminal Appeals under record containing no statement of facts or bills of exception.

    Where record is brought before Court of Criminal Appeals without statement of facts or bills of exception, nothing is presented for review.

Appeal from District Court, Red River County; R. J. Williams, Judge.

Will Tate was convicted for unlawful transportation of intoxicating liquor, and he appeals. Affirmed.

T. T. Thompson, of Clarksville, for appellant.

Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful transportation of intoxicating liquor; punishment being one year in the penitentiary.

The record is before us without statement of facts or bills of exception. In such condition nothing is presented to this court for review.

The judgment is affirmed.